932

No. 819.  PATTERSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  *Frank B. Stow* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 842.  BLACK, ADMINISTRATOR *v.* UNITED STATES ET AL.; and

No. 960.  ALLEN, EXECUTRIX, ET AL. *v.* MATHIASEN'S TANKER INDUSTRIES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.  *William Warner* for petitioner in No. 842, and *Abraham E. Freedman* and *Martin J. Vigderman* for petitioners in No. 960.  *Solicitor General Marshall, Assistant Attorney General Sanders, David L. Rose* and *Robert V. Zener* for respondent United States in both cases.

No. 845.  CONTINENTAL BAKING CO. *v.* FEDERAL TRADE COMMISSION;

No. 849.  LANGENDORF UNITED BAKERIES, INC., ET AL. *v.* FEDERAL TRADE COMMISSION; and

No. 852.  SAFEWAY STORES, INC. *v.* FEDERAL TRADE COMMISSION.  C. A. 9th Cir.  Certiorari denied.  *John H. Schafer* and *James V. Siena* for petitioner in No. 845; *Herbert S. Little* for petitioners in No. 849; and *Robert W. Graham* for petitioner in No. 852.  *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, James McI. Henderson* and *Daniel H. Hanscom* for respondent in all three cases.

No. 941.  MANESS ET UX. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Hugh R. Dowling* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph Kovner* for the United States.